IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD and ANN HICKMAN, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-4144 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiffs have moved for a continuance in this case and a stay pending the resolution of the same issue in *Whittington v. United States*, Civil Action No. H-03-4507. The motion is granted. This case is stayed and administratively closed. Any party may move to reinstate this case to the active docket within 10 days after final judgment is entered in *Whittington*.

SIGNED on September 25, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge